**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

NORMAN L. MAYES                  :

     Plaintiff                       :

v                                  :          Civil Action No. L-07-3067

MARYLAND STATE POLICE       :

     Defendant                   :
                                     o0o

**MEMORANDUM**

The above-captioned civil rights action was filed on November 14, 2007, together with a

Motion to Proceed In Forma Pauperis.  Because Plaintiff appears to be indigent, his Motion will

be granted.  For the reasons that follow, the Complaint will be dismissed.

Plaintiff Norman Mayes alleges he pleaded guilty to two attempted murder charges and

one kidnapping charge on September 1, 1999.  Mayes states he pleaded guilty because his

attorney told him the State had a ballistics expert who matched guns found in his  house to the

guns used in the crime and the expert would be testifying at trial.  He claims the ballistics expert

lied about his qualifications and when his fraud was discovered, he killed himself.  He now sues

the Maryland State Police for negligent hiring practices.  He seeks one hundred million dollars in

damages.

Mayes' claim, if successful, would establish a constitutional impropriety in the guilty-

plea proceeding resulting in his conviction. Claims challenging the legality of a conviction are

not cognizable in a 42 U.S.C. § 1983 action unless and until the conviction is reversed,

expunged, invalidated, or impugned.  See Heck v. Humphrey,  512 U. S. 477, 487 (1994).  Put

another way, Plaintiff's claims for damages cannot be entertained by this Court unless he has

first successfully challenged his criminal conviction.  It does not appear from the face of the

complaint that Mayes has successfully challenged the validity of his conviction.  The instant

action must therefore be dismissed without prejudice.

    A separate Order follows.

  _December 5, 2007_____            _____/s/_____
Date                                   Benson EverettLegg
                                       Chief Judge